# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-2033**

UNITED STATES OF AMERICA

v.

EDWIN PAWLOWSKI,
Appellant

(E.D. Pa. No. 5-17-cr-00390-001)

Present:     AMBRO, KRAUSE and BIBAS, <u>Circuit Judges</u>

1.  Motion by Appellee to Designate Panel Opinion as Precedential.


Respectfully,
Clerk/PDB/tmm

_____ **O R D E R** _____

The foregoing Motion by Appellee to Designate Panel Opinion as Precedential is granted. The non-precedential opinion filed June 26, 2020 is hereby VACATED.  The Court has made modifications to the opinion and the amended precedential opinion will be filed forthwith. The Court's judgment entered June 26, 2020 remains in effect.

By the Court,

<u>s/Thomas L. Ambro</u>
Circuit Judge

Dated: July 24, 2020

cc: All Counsel of Record